UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:12-cr-473-T-15TBM

BRIAN OWEN BRYANT, JR.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a
Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), 28 U.S.C. §
2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the
$880.00 in United States currency.

On March 8, 2013, the Court entered a Preliminary Order of Forfeiture for
the currency, pursuant to 21 U.S.C. § 853.  Doc. 31.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule
32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to
dispose of the asset on the official government website, www.forfeiture.gov, from
March 13, 2013 through April 10, 2013.  Doc. 41.  The publication gave notice to
all third parties with a legal interest in the asset to file with the Office of the Clerk,
United States District Court, Middle District of Florida, Sam Gibbons Federal
Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a
petition to adjudicate their interest within 60 days of the first date of publication.
No other third party or entity has filed a petition or claimed an interest in the asset,
and the time for filing such petition has expired.  Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the asset identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this ___25th___ day of ___June___, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2